Joseph TULK, Libelant-Appellant, v. Steamship DUBLIN, Her Engines, etc.; Rederi A/S Triton, Claimant-Appellee; Munson Steamship Line and Wilson Marine Works, Inc., Respondents-Appellees.

Circuit Court of Appeals, Second Circuit.
October 29, 1928.

No. 15.

Charles Kennedy, of New York City (Leonard F. Fish, of New York City, of counsel), for appellant.

Everett W. Bovard, of New York City, for appellee Wilson Marine Works, Inc.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt and James Mc-Kown, Jr., both of New York City, of counsel), for appellee claimant.

Single & Single, of New York City (Forrest E. Single and Loring R. Lecraw, both of New York City, of counsel), for appellee Munson S. S. Line.

Before MANTON, L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed.

EAST & WEST INSURANCE CO., Appellant, v. KAUFFMAN JEWELRY CO., Appellee.

Circuit Court of Appeals, Eighth Circuit.
September 17, 1928.

No. 8222.

Pierce Butler, Jr., Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for appellant.

Harry A. Hageman, of St. Paul, Minn., for appellee.

PER CURIAM. Appeal dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

EAST & WEST INSURANCE CO., Plaintiff In Error, v. KAUFFMAN JEWELRY CO., Defendant in Error.

Circuit Court of Appeals, Eighth Circuit.
September 17, 1928.

No. 8223.

Pierce Butler, Jr., Charles Bunn, and E. G. Vaughan, all of St. Paul, Minn., for plaintiff in error.

Harry A. Hageman, of St. Paul, Minn., for defendant in error.

PER CURIAM. Writ of error dismissed with prejudice, without costs to either party in this court, per stipulation of parties.

John M. EMERY, Doing Business under the Firm Name and Style of Starin New Haven Line, Owner of the Steamer York, Libelant-Appellee, v. CITY OF NEW YORK, Respondent-Appellant.

Circuit Court of Appeals, Second Circuit.
October 29, 1928.

No. 19.

George P. Nicholson, Corp. Counsel, of New York City (Charles J. Carroll and William J. Leonard, both of Brooklyn, N. Y., of counsel), for appellant City of New York.

Macklin, Brown, Lenahan & Speer, of New York City (Paul Speer, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

EMPLOYERS' LIABILITY ASSURANCE CORPORATION, Limited, Appellant, v. King WATSON, Appellee.

Circuit Court of Appeals, Fifth Circuit. November 27, 1928.

No. 5332.

For opinion below, see 23 F.(2d) 682.

Will. C. Thompson and Adair Rembert, both of Dallas, Tex. (Thompson, Knight, Baker & Harris, of Dallas, Tex., on the brief), for appellant.

H. J. Yarborough and John White, both of Dallas, Tex. (White & Yarborough, of Dallas, Tex., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

FOSTER, Circuit Judge. Appellee brought suit to recover under the Texas